# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3072

_____

Earnest Monk, Sr.,               *
                                          *
          Appellant,       *
                                          *   Appeal from the United States
     v.                          *   District Court for the Western
                                          *   District of Arkansas.
Toyota Motor Sales U.S.A., Inc.;   *
John Harvey Toyota Sales,      *   [UNPUBLISHED]
                                          *
          Appellees.       *

_____

Submitted: January 3, 2007
Filed: January 9, 2007

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Earnest Monk appeals the district court's[1] adverse grant of summary judgment in this diversity action. Having carefully reviewed the record, we agree with the district court that Monk failed to offer the necessary expert testimony under Arkansas product-liability law to survive summary judgment. Thus, we affirm. See 8th Cir. 47A(a).

_____

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.